IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID FUENTES, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**MULE CREEK STATE PRISON, et al.,**<br><br>Defendants. | Case No. 2:23-cv-0386 CSK P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

Plaintiff Fuentes, a former prisoner who proceeds pro se, filed this action alleging claims under 42 U.S.C. § 1983. Pending before the Court is defendants' motion to opt out of post-screening early ADR. Good cause appearing, defendants' motion is granted, and the stay of this action is lifted. By separate order, the Court will issue a discovery and scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 25) is granted; and

2. The ADR stay of this action (ECF No. 23) is lifted.

Dated: June 11, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/fuen0386.opt