IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID FUENTES, SR.,** <br><br> Plaintiff, <br><br> v. <br><br> **MR. MANNING, et al.,** <br><br> Defendants. | Case No. 2:23-cv-00386-CSK P <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF TIME** |

  Plaintiff is a former state prisoner proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendants' second motion to extend the discovery deadline. Defendants move for a 60-days extension of the discovery cutoff deadline for the limited purpose of permitting defendants to take depositions of plaintiff and other nonparties. Defendants represent that plaintiff does not oppose the pending motion.

  Upon due consideration, good cause appearing, IT IS HEREBY ORDERED that:

  1. Defendants' motion for an extension of time (ECF No. 31) is granted;

  2. The discovery cutoff deadline is extended to **December 10, 2024** for the limited purpose of deposing Plaintiff and nonparties; and

  3. Any motions necessary to compel discovery related to depositions shall be filed on or before that date.

Dated:  October 1, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Fuentes386.eot