IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID FUENTES, SR.,** | Case No. 2:23-cv-0386 CSK P |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR CLARIFICATION |
| v. | |
| **MR. MANNING, et al.,** | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se. Defendants B. Kissel and T. Manning move *ex parte* for clarification and to extend the expert discovery deadline. Defendants claim there is some uncertainty as to the status of the applicable expert discovery deadlines in this action, and seek clarification and, if necessary, to extend the expert discovery deadline.

On June 11, 2024, the Court issued a Discovery and Scheduling Order. (ECF No. 27.) The order set deadlines for discovery and pretrial motions. Such order did not address the issues of experts, expert disclosures, or expert discovery. Such deadlines will be set if appropriate following resolution of pretrial motions. Thus, defendants' motion for clarification is granted, but the Court declines to set expert deadlines at this juncture.

Accordingly, IT IS HEREBY ORDERED that defendants' motion for clarification (ECF No. 34) is granted, but the Court declines to set expert deadlines at this time.

1 | Dated: November 1, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/fuen0386.clar