UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FUENTES, SR.,<br><br>                Plaintiff,<br><br>        v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>                Defendants. | No.  2:23-cv-00386-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS AND GRANTING<br>DEFENDANTS' MOTION TO DISMISS<br>WITH PREJUDICE<br><br>(Doc. Nos. 43, 49) |

Plaintiff David Fuentes, Sr. is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss this action be granted with prejudice.  (Doc. No. 49.)  Specifically, the magistrate judge concluded that plaintiff had failed to properly respond to discovery request and had failed to comply with the court's orders and that consideration of the relevant factors fully supported the imposition of terminating sanctions in light of plaintiff's inaction and failure to abide by the court's orders.  (*Id.* at 1–11.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

1

12.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.  However, on November 17, 2025, the court did receive a letter from plaintiff in which he refers to a video meeting he purportedly had with counsel for defendants and documents addressed at that meeting.  (Doc. No. 50.)   Defendants filed a response to plaintiff's letter on November 21, 2025, in which they argue that plaintiff's letter is not a proper objection to the pending findings and recommendations, and even if it were to be construed as such and considered, it does not address the findings and recommendations and provides no grounds upon which to reject the magistrate judge's recommendation of dismissal with prejudice.  (Doc. 51.)  Both argument advanced by defendants in this regard are persuasive.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's notice of letters (Doc. No. 50), the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on October 27, 2025 (Doc. No. 49) are adopted in full;

2.      Defendants' motion to dismiss this action (Doc. No. 43) is granted and this action is dismissed with prejudice; and

3.      The Clerk of the Court is directed to enter judgment and to close this case.

IT IS SO ORDERED.

Dated:    **February 14, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2